Christopher D. Boyd
Adams County Prosecuting Attorney
P.O. Box 604
Council, ID 83612
Telephone: (208) 253-4141
Fax: (208) 498-9721
cboyd@co.adams.id.us

Lawson E. Fite (Ore. Bar #055573), *Pro Hac Vice*
American Forest Resource Council
700 N.E. Multnomah, Suite 320
Portland, Oregon 97232
Telephone: (503) 222-9505
Fax: (503) 222-3255
lfite@amforest.org

Attorneys for Defendant-Intervenors

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO
SOUTHERN DIVISION

| | |
|---|---|
| ALLIANCE FOR THE WILD ROCKIES, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES FOREST SERVICE, et al., <br><br> Defendants, <br><br> PAYETTE FOREST COALITION, an unincorporated Idaho association, and ADAMS COUNTY, a political subdivision of the State of Idaho, <br><br> Defendant-Intervenors. | No. 1:19-cv-00445-BLW <br><br> **MOTION TO ALTER OR AMEND JUDGMENT BY DEFENDANT-INTERVENORS PAYETTE FOREST COALITION AND ADAMS COUNTY** <br><br> [Fed. R. Civ. P. 59(e)] |

## MOTION FOR SUMMARY JUDGMENT

Defendant-intervenors Payette Forest Coalition and Adams County hereby move this Court to alter or amend its judgment of August 11, 2020 (ECF No. 40), pursuant to Fed. R. Civ. P. 59(e).  This Motion is supported by the accompanying Memorandum in Support, Declaration of Jack Schwartz, and the Court file in this action.  Defendant-intervenors request the judgment be amended so that project activities other than commercial timber management in MPC 5.2 areas may continue, as the latter were the only activities challenged by plaintiff.

WHEREFORE, defendant-intervenors Adams County and the Payette Forest Coalition request that the Court grant the instant Motion, and thereby amend its judgment.

Respectfully submitted this 8th day of September, 2020.

/s/ Christopher D. Boyd
Christopher D. Boyd
Prosecuting Attorney
Adams County Prosecutor's Office
P.O. Box 604
Council, ID 83612
Telephone: (208) 253-4141
Fax: (208) 498-9721
cboyd@co.adams.id.us

/s/ Lawson E. Fite
Lawson E. Fite (Ore. Bar #055573)
*Pro Hac Vice*
American Forest Resource Council
700 N.E. Multnomah, Suite 320
Portland, Oregon 97232
Telephone: (503) 222-9505
Fax: (503) 222-3255
lfite@amforest.org

Attorneys for Defendant-Intervenors

CERTIFICATE OF SERVICE

I, hereby certify that on the 8th day of September, 2020, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Claudia M. Newman, Attorney for Plaintiffs | newman@bnd-law.com |
| David A. Bricklin, Attorney for Plaintiffs | bricklin@bnd-law.com |
| | cahill@bnd-law.com |
| Sean C. Duffy, Attorney for Federal Defendants | sean.c.duffy@usdoj.gov |
| | efile_nrs.enrd@usdoj.gov |

/s/ Lawson E. Fite
    Lawson E. Fite