BART M. DAVIS, ID BAR NO. 2696
United States Attorney
CHRISTINE G. ENGLAND, CA BAR NO. 261501
Assistant United States Attorney
District of Idaho
Washington Group Plaza IV
800 East Park Blvd., Suite 600
Boise, ID 83712
Telephone: (208) 334-1211
Facsimile: (208) 334-1411
Email: Christine.England@usdoj.gov

JEAN E. WILLIAMS
Deputy Assistant Attorney General
Environment & Natural Resources Division
SEAN C. DUFFY, NY BAR NO. 4103131
EMMA L. HAMILTON, CA BAR NO. 325360
Trial Attorneys
United States Department of Justice
Natural Resources Section
150 M Street NE
Washington, DC 20002
Telephone: (202) 305-0445
Facsimile: (202) 305-0506
Email: sean.c.duffy@usdoj.gov

*Attorneys for Federal Defendants*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF IDAHO**

ALLIANCE FOR THE WILD ROCKIES, *et al.*,

Plaintiffs,

v.

UNITED STATES FOREST SERVICE, *et al.*,

Defendants,

and

PAYETTE FOREST COALITION, *et al.*,

Defendant-Intervenors,

Case No. 1:19-cv-445-BLW

**FEDERAL DEFENDANTS' MOTION TO STAY PLAINTIFFS' MOTION FOR ATTORNEYS' FEES (ECF No. 41) AND REQUEST TO SHORTEN TIME**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and this Court's inherent authority to manage its docket, Federal Defendants hereby move the Court to stay Plaintiffs' Motion for Attorneys' Fees (ECF No. 41), and direct the Parties to file a joint report on the status of fee negotiations two weeks after the Court rules on Federal Defendants' and Intervenor-Defendants' pending motions under Federal Rule of Civil Procedure 59(e) to alter or amend the August 11, 2020 Judgment.

Intervenor-Defendants do not oppose this motion. In an effort to confer with Plaintiffs' counsel, undersigned counsel for Federal Defendants contacted Plaintiffs' counsel by email on the morning of October 8, 2020 describing Federal Defendants' proposal to stay the pending fees motion and asking if Plaintiffs would consent to a stay. Federal Defendants reached out again via email on October 9, 2020. Plaintiffs have not responded to either email indicating their position, necessitating this filing.

As Federal Defendants' response to Plaintiffs' Motion for Attorneys' Fees is currently due October 15, 2020, Federal Defendants also respectfully request that the Court shorten the time for consideration of this motion pursuant to Dist. Idaho Loc. Civ. R. 6.1.

Dated: October 9, 2020

JEAN E. WILLIAMS
Deputy Assistant Attorney General
Environment & Natural Resources Division

*/s/ Emma L. Hamilton*
EMMA L. HAMILTON
Trial Attorney
United States Department of Justice
Natural Resources Division
150 M Street NE
Washington, D.C. 20002
(202) 305-0479 (phone)
(202) 305-0506 (facsimile)
emma.hamilton@usdoj.gov

SEAN C. DUFFY
Trial Attorney
United States Department of Justice
Natural Resources Section
150 M Street NE
Washington, D.C. 20002
(202) 305-0445 (phone)
(202) 305-0506 (facsimile)
sean.c.duffy@usdoj.gov

*Attorneys for Federal Defendants*